

Renee Eberly <reberly@orangebeachal.gov>

## Re  Public Record Request - Formal Demand for Incident 24090105
12 messages

**Jamie Logan** <jlogan@orangebeachal.gov>  Tue, Jul 15, 2025 at 8 41 A
To  "Moreno C.C." <cc@morenolawms.com>
Cc  sbrown@orangebeachal.gov, tkennon@orangebeachal.gov, Renee Eberly <reberly@orangebeachal.gov>

Ms. Moreno,

All public records requests must be submitted via the City Clerk and the formal request form which can be found on the City website. I have cc'd our City Clerk, Renee Eberly, who can direct you to the formal request form and provide any assistance you may require.

*Jamie P Logan*
City Attorney
City of Orange Beach
P. O. Box 458 | 4099 Orange Beach Blvd.
Orange Beach, AL 36561
C   251-233-5897
www.orangebeachal.gov

CONFIDENTIAL  ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT  Emails and attachments received from this ema l address may be protected by the attorney-client privilege, as attorney work-product or based on other privileges or provisions of law. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. We strictly prohibit any unauthorized disclosure, copying, distribution or use of emails or attachments sent by us.

On Jul 15, 2025, at 8 21 AM, C.C. Moreno <cc@morenolawms.com> wrote

Mayor Kennon, Chief Brown, and Attorney Logan

Attached is my signed formal request, under Ala. Code §36-12-40, for all body-cam, in-car video, metadata, and CAD traffic from Incident 24090105 (domestic dispute, September 2, 2024, 27844 Canal Road).

Please confirm receipt today and provide the records, or cite specific exemptions, within 5 business days.

Thank you for your immediate attention. I look forward to your acknowledgment and a timely response.

Thanks,



**C.C. Moreno**
*Attorney at Law*
E: CC@MorenoLawMS.com
O: 601-203-0911
F: 601-510-9425
W  www.MorenoLawMS.com
A: 5267 Old Hwy 11, Suite B, Hattiesburg, MS 39402

**IMPORTANT NOTICE:**
The information contained in this message is confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby not fied that any dissemination, distribution, or copy of this message is strictly prohibited.  If you have received this message in error, please delete this email immediately.

Please note that this email is monitored on a limited basis. It is normal for me to take up to 4 hours to reflect on a matter and respond appropriately. The cu ture of immediacy and the constant fragmentation of time are not compatible with the quality of services that I dedicate to each client. Thank you for your understanding.

📎 **OBA Incident Request.pdf**
447K

---

**Renee Eberly** <reberly@orangebeachal.gov>  Tue, Jul 15, 2025 at 9 04 AM
To  Jamie Logan <jlogan@orangebeachal.gov>
Cc  "Moreno C.C." <cc@morenolawms.com>, sbrown@orangebeachal.gov, tkennon@orangebeachal.gov

Ms. Moreno,

Here is the link to the public records request page on the city's website. The "records request form" link will take you to the form. Let me know if you run into any issues.

https //www.orangebeachal.gov/173/Public-Records-Request

**Renee Eberly**
*City Clerk/Procurement Officer  |  Administration*
City of Orange Beach
P. O. Box 458 | 4099 Orange Beach Blvd.
Orange Beach, AL 36561
O: 251.981.6806  |  C: 251.923.7480
www.orangebeachal.gov



[Quoted  ext h dden]

---

**C.C. Moreno** <cc@morenolawms.com>  Tue, Jul 15, 2025 at 9 12 AM
To  Renee Eberly <reberly@orangebeachal.gov>
Cc  Jamie Logan <jlogan@orangebeachal.gov>, sbrown@orangebeachal.gov, tkennon@orangebeachal.gov

Ms. Logan and Ms. Eberly, as well as the group at-large

Thank you for your reply directing me to submit a duplicate request through the City's online portal.

Respectfully, no further submission is required.

My signed letter dated July 15, 2025 satisfies Ala. Code § 36-12-40; the statute imposes no additional form requirement once a written request is received by the custodian of the records. See Stone v. Consolidated Publishing, 404 So. 2d 678 (Ala. 1981).

Because the request concerns potential misuse of pub ic property and allegations of preferential treatment, I elected to transmit it directly to the Mayor, the City Attorney, the Chief of Police, and now the City Manager to ensure immediate preservation of the material. That request remains in full force.

The 5-business-day response period, expiring July 22, 2025, continues to run from the date of acknowledged receipt.

If the City contends that an online form is legally necessary, please cite the specific statutory authority that overrides § 36-12-40.

Otherwise, I look forward to
1. Production of the complete body-worn-camera files, in-car video, metadata, and CAD radio traffic for Incident 24090105, or
2. A written statement identifying w th precision any portion withheld and the statutory exemption relied upon.

Should duplication fees apply, kindly provide the total and preferred payment method so I can remit immediately.

Thank you for your prompt attention.

Please confirm that this email has been received and routed for processing.

Thanks,



**C.C. Moreno**
*Attorney at Law*
E: CC@MorenoLawMS.com
O: 601-203-0911
F: 601-510-9425
W  www.MorenoLawMS.com
A: 5267 Old Hwy 11, Suite B, Hattiesburg, MS 39402

**IMPORTANT NOTICE:**
The information contained in this message is confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited.  If you have received this message in error, please delete this email immediately.

Please note that this email is monitored on a limited basis. It is normal for me to take up to 4 hours to reflect on a matter and respond appropriately. The culture of immediacy and the constant fragmentation of time are not compatible with the quality of services that I dedicate to each c ient. Thank you for your understanding.

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

Ms. Moreno,

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

**REDACTED - PRIVILEGED**

---

Jamie Logan <jlogan@orangebeachal.gov>   Tue, Jul 15, 2025 at 4:10 PM
To: "C.C. Moreno" <cc@morenolawms.com>
Cc: Renee Eberly <reberly@orangebeachal.gov>, sbrown@orangebeachal.gov, tkennon@orangebeachal.gov

Ms. Moreno,

Pursuant to Alabama Code Section 36-12-44(a)(1), "The public officer may require the requester to submit his or her request using a standard request form...". The standard request form utilized by the City can be found on the City website.

If you have any questions, please feel free to reach out.

Sincerely,

*Jamie Logan*

Jamie Parris Logan
City Attorney

**ORANGE BEACH**

City of Orange Beach
P. O. Box 458 | 4099 Orange Beach Blvd.
Orange Beach, AL 36561
O 251-923-5815 | C 251-233-5897

jlogan@orangebeachal.gov
www.orangebeachal.gov

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from this email address may be protected by the attorney-client privilege, as attorney work-product or based on other privileges or provisions of law. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. Any unauthorized disclosure, copying, distribution or use of emails or attachments is strictly prohibited.

[Quoted text hidden]

---

C.C. Moreno <cc@morenolawms.com>   Tue, Jul 15, 2025 at 4:46 PM
To: Jamie Logan <jlogan@orangebeachal.gov>
Cc: Renee Eberly <reberly@orangebeachal.gov>, sbrown@orangebeachal.gov, tkennon@orangebeachal.gov

Ms. Logan,

While I do acknowledge your reference to Ala. Code § 36-12-44(a)(1), that provision permits, but does not mandate, a public officer to request the use of a standard form, provided such a request does not hinder or delay access or demand information beyond what is prescribed by the statute.

As outlined in my written request submitted today, July 15, 2025, I have (1) clearly identified myself, (2) provided a detailed description of the records being sought, (3) specified my preferred method of delivery, and (4) included an offer to cover reasonable duplication costs.

This request meets all statutory requirements for a "reasonably specific request" under §§ 36-12-40 and 36-12-41. Resubmitting the same information through the City's template serves no meaningful purpose and would only cause an unnecessary delay in the 5 business-day response period, which is critical to the public's interest in this matter.

For these reasons, I formally decline to resubmit my request using the City's web form. The written request currently before you is legally sufficient, and the applicable response timeframe remains in effect, expiring at the close of business on July 22, 2025.

Should the City refuse or fail to produce the requested records within the allotted time, please consider this notice of my intent to pursue legal action in Baldwin County Circuit Court under Ala. Code §§ 36-12-40 through 36-12-46. Such action will include seeking a writ of mandamus and injunctive relief to compel disclosure, as well as recovery of court costs and reasonable attorneys' fees under the common-benefit doctrine, consistent with *Bell v. Birmingham News Co.*, 576 So. 2d 669 (Ala. Civ. App. 1991), and *Advertiser Co. v. Auburn Univ.*, 579 So. 2d 645 (Ala. Civ. App. 1991).

Your cooperation with my request would be appreciated, so as not to escalate this further than necessary.

Thanks,



**C.C. Moreno**
*Attorney at Law*
**E:** CC@MorenoLawMS.com
**O:** 601-203-0911
**F:** 601-510-9425
**W** www.MorenoLawMS.com
**A:** 5267 Old Hwy 11, Suite B, Hattiesburg, MS 39402

**IMPORTANT NOTICE:**

The information contained in this message is confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited.  If you have received this message in error, please delete this email immediately.

Please note that this email is monitored on a limited basis. It is normal for me to take up to 4 hours to reflect on a matter and respond appropriately. The culture of immediacy and the constant fragmentation of time are not compatible with the quality of services that I dedicate to each c ient. Thank you for your understanding.

On Tue, Jul 15, 2025 at 4 10 PM, Jamie Logan <jlogan@orangebeachal.gov> wrote
Ms. Moreno,

[Quo ed text hidden]

[Quo ed text hidden]

[Quoted  ext h dden]

[Quoted  ext h dden]
[Quoted  ext h dden]

# REDACTED - PRIVILEGED

**C.C. Moreno** <cc@morenolawms.com>  Wed, Jul 23, 2025 at 8 10 AM
To  Jamie Logan <jlogan@orangebeachal.gov>
Cc  Renee Eberly <reberly@orangebeachal.gov>, sbrown@orangebeachal.gov, tkennon@orangebeachal.gov

Ms. Logan

In light of the City of Orange Beach's and your continued lack of response to my formal request for the body cam footage and additional information from the incident on September 2, 2024, I will be filing a suit in Baldwin County Circuit Court this week.

 The suit will seek a writ of mandamus and compel the release of the requested footage. As you are aware, the discovery process will provide an opportunity to address a range of questions regarding this incident, the City of Orange Beach's internal procedures, and the internal communications related to my request.

Please let me know where the process server should deliver the relevant documents, or if you would prefer to waive service.

Thanks,



**C.C. Moreno**
*Attorney at Law*
**E:** CC@MorenoLawMS.com
**O:** 601-203-0911
**F:** 601-510-9425
**W**  www.MorenoLawMS.com
**A:** 5267 Old Hwy 11, Suite B, Hattiesburg, MS 39402

**IMPORTANT NOTICE:**
The information contained in this message is confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited.  If you have received this message in error, please delete this email immediately.

Please note that this email is monitored on a limited basis. It is normal for me to take up to 4 hours to reflect on a matter and respond appropriately. The culture of immediacy and the constant fragmentation of time are not compatible with the quality of services that I dedicate to each c ient. Thank you for your understanding.

On Tue, Jul 15, 2025 at 4 46 PM, C.C. Moreno <cc@morenolawms.com> wrote
> Ms. Logan
>
> While I do acknowledge your reference to Ala. Code § 36-12-44(a)(1), that provision permits, but does not mandate, a public officer to request the use of a standard form, provided such a request does not hinder or delay access or demand information beyond what is prescribed by the statute.
>
> As outlined in my written request submitted today, July 15, 2025, I have (1) clearly identified myself, (2) provided a detailed description of the records being sought, (3) specified my preferred method of delivery, and (4) included an offer to cover reasonable duplication costs.
>
> This request meets all statutory requirements for a "reasonably specific request" under §§ 36-12-40 and 36-12-41. Resubmitting the same information through the City's template serves no meaningful purpose and would only cause an unnecessary delay in the 5 business-day response period, which is critical to the public's interest in this matter.
>
> For these reasons, I formally decline to resubmit my request using the City's web form. The written request currently before you is legally sufficient, and the applicable response timeframe remains in effect, expiring at the close of business on July 22, 2025.
>
> Should the City refuse or fail to produce the requested records within the allotted time, please consider this notice of my intent to pursue legal action in Baldwin County Circuit Court under Ala. Code §§ 36-12-40 through 36-12-46. Such action w ll include seeking a writ of mandamus and injunctive relief to compel disclosure, as well as recovery of court costs and reasonable attorneys' fees under the common-benefit doctrine, consistent w th Bell v. Birmingham News Co., 576 So. 2d 669 (Ala. Civ. App. 1991), and Advertiser Co. v. Auburn Univ., 579 So. 2d 645 (Ala. Civ. App. 1991).
>
> Your cooperation with my request would be appreciated, so as not to escalate this further than necessary.
>
> [Quo ed text hidden]
> [Quo ed text hidden]

**C.C. Moreno** <cc@morenolawms.com>  Thu, Jul 24, 2025 at 10 32 AM
To  Jamie Logan <jlogan@orangebeachal.gov>
Cc  Renee Eberly <reberly@orangebeachal.gov>, sbrown@orangebeachal.gov, tkennon@orangebeachal.gov, Ford Handley <fhandley@orangebeachal.gov>

Ms. Logan

This suit will be served to the City of Orange Beach and its officials in their roles as record custodians tomorrow.

Kindly provide the appropriate recipient for the service of process.

If we do not receive a response by the end of today, we w ll proceed with serving it to an agent or employee at City Hall tomorrow as a representative of the City of Orange Beach.

Thanks,



**C.C. Moreno**
*Attorney at Law*
**E:** CC@MorenoLawMS.com
**O:** 601-203-0911
**F:** 601-510-9425
**W**  www.MorenoLawMS.com
**A:** 5267 Old Hwy 11, Suite B, Hattiesburg, MS 39402

**IMPORTANT NOTICE:**
The information contained in this message is confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited.  If you have received this message in error, please delete this email immediately.

Please note that this email is monitored on a limited basis. It is normal for me to take up to 4 hours to reflect on a matter and respond appropriately. The culture of immediacy and the constant fragmentation of time are not compatible with the quality of services that I dedicate to each c ient. Thank you for your understanding.

On Wed, Jul 23, 2025 at 8 10 AM, C.C. Moreno <cc@morenolawms.com> wrote
> Ms. Logan
>
> In light of the City of Orange Beach's and your continued lack of response to my formal request for the body cam footage and additional information from the incident on September 2, 2024, I will be filing a suit in Baldwin County Circuit Court this week.
>
>  The suit will seek a writ of mandamus and compel the release of the requested footage. As you are aware, the discovery process will provide an opportun ty to address a range of questions regarding this incident, the City of Orange Beach's internal procedures, and the internal communications related to my request.
>
> Please let me know where the process server should deliver the relevant documents, or if you would prefer to waive service.
>
> [Quo ed text hidden]
> [Quo ed text hidden]



July 15, 2025

*Via Email and Certified Mail*

Tony Kennon
Mayor, City of Orange Beach
4099 Orange Beach Blvd
Orange Beach, AL 36561
Email: tkennon@orangebeachal.gov

Jamie Logan, Esq.
City Attorney, City of Orange Beach
4099 Orange Beach Blvd
Orange Beach, AL 36561
Email: jlogan@orangebeachal.gov

Steve Brown
Chief of Police, Orange Beach Police Department
4480 Orange Beach Blvd
Orange Beach, AL 36561

**Re: Public Records Request for ALL Camera Footage – Incident No. 24090105 (Domestic Dispute 09022024)**

Under Ala. Code § 36-12-40, allow this to serve as my formal request for prompt access to the complete body-worn camera footage and all related digital media recorded by every Orange Beach Police

Department officer who responded to CAD call 24090105, entered at Hour: 00 57 04 on September 2, 2024 for a reported domestic dispute at the City of Orange Beach Coastal Resources Building, as reported from a witness at Pleasure Island Tiki Bar.

The incident report lists the responding units and officers:
- Unit OB146 – Officer Chris Perkins (responsible officer)
- Unit OB153 – Officer Kimberl Neuner
- Unit OB172 – Officer Jacob Mitchum
- Any additional OBPD personnel present or assisting on scene

Please produce the following:
1. All body worn camera video files from first activation through final de-activation, including audio.
2. Any in-car or dashboard-mounted camera video that captured the scene.
3. Associated metadata logs, audit trails, and CAD radio traffic showing when each recording began and ended.

Delivery is preferred by secure electronic transfer in the original native format. If physical media is necessary, please advise of duplication costs in advance so that payment can be remitted promptly.

If any portion of the requested material is regarded as exempt, cite each specific statutory exemption and release every reasonably segregable non-exempt portion. Redactions must be limited to the minimum content necessary, consistent with Stone v. Consolidated Publishing, 404 So. 2d 678 (Ala. 1981).

Because this event involves an alleged Domestic Assault on City of Orange Beach property and potential preferential treatment of public officials, I request expedited processing.

Please respond within 5 business days with either the requested records or a written timetable for their availability, as contemplated by the Attorney General's Public Records Guidance.

Questions may be directed to cc@morenolawms.com. Thank you for your prompt attention to this matter.

*Christle D. Moreno, Esq.*
The Moreno Law Group, PLLC
28250 Canal Road
Orange Beach, AL 36561