

CITY OF
ORANGE
BEACH

Jamie Logan <jlogan@orangebeachal.gov>

## Public Records Request – GPS Location Data for Police Supervisor Vehicles
3 messages

**C.C. Moreno** <cc@morenolawms.com>
To: sbrown@orangebeachal gov, tkennon@orangebeachal.gov, Jamie Logan <jlogan@orangebeachal.gov>, Renee Eberly <reberly@orangebeachal.gov>

Please find attached a formal public records request submitted pursuant to Alabama's Public Records Law, §§ 36-12-40 through 36-12-46. This request seeks specific data regarding Orange GPS and AVL logs for a limited, defined period, as well as an updated inventory of applicable vehicles.

This request is a narrowly tailored follow-up to previous communications concerning the potential misuse of city resources. Given  he nature of the concerns and  he public interest in ensuring the responsive records.

Thank you for your prompt attention to  his matter. I look forward to your acknowledgment of receipt and a complete response wi hin 10 business days.

Thanks,



THE
MORENO
LAW GROUP, PLLC

**C.C. Moreno**
*Attorney at Law*
**E**  CC@MorenoLawMS.com
**O**  601-203-0911
**F**  601-510-9425
W: www.MorenoLawMS.com
**A**  5267 Old Hwy 11, Suite B, Hattiesburg, MS 39402

**IMPORTANT NOTICE**
The information contained in this message is confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are here prohibited.  If you have received this message in error, please delete this email immediately.

Please note that this email is monitored on a limited basis.  t is normal for me to take up to 4 hours to reflect on a matter and respond appropriately. The culture of immediacy and the constant fragmentation of Thank you for your understanding.

📄 **PRR - Supervisor GPS.pdf**
383K

**Renee Eberly** <reberly@orangebeachal.gov>                                          Mon, Jul 21, 2025 at 2:00 PM
To: "C.C. Moreno" <cc@morenolawms.com>
Cc: sbrown@orangebeachal gov, tkennon@orangebeachal.gov, Jamie Logan <jlogan@orangebeachal.gov>

Ms. Moreno,

Here is the link to  he public records request page on the city's website. The "records request form" link will take you to the form.

https://www.orangebeachal gov/173/Public-Records-Request

**Renee Eberly**

*City Clerk/Procurement Officer* | *Administration*
City of Orange Beach
P. O. Box 458 | 4099 Orange Beach Blvd.
Orange Beach, AL 36561
O: 251.981.6806 | C: 251.923.7480
www.orangebeachal gov


ORANGE ⤳ BEACH
ALABAMA

[Quoted text hidden]

**C.C. Moreno** <cc@morenolawms.com>
To: Renee Eberly <reberly@orangebeachal.gov>
Cc: sbrown@orangebeachal gov, tkennon@orangebeachal.gov, Jamie Logan <jlogan@orangebeachal.gov>

Ms. Eberly,

Thank you for your response.

However, I must, again, respectfully object to the City's ongoing refusal to honor written public records requests submitted direc ly to officials, as authorized under Alabama Code § 36-12-40 e specific form or submit a request through a city-controlled web portal—particularly where  he content of the request is clearly stated, in writing, and directed to  he proper custodian.

The City's insistence on routing all requests  hrough a proprietary form is an unnecessary barrier to access and may constitute a constructive denial of public records under Alabama law. The internal City forms. See Blankenship v. City of Hoover, 590 So. 2d 245 (Ala. 1991) (holding that public bodies must act reasonably and promptly in responding to lawful public records requests

For the record, this is not my first request of  his nature, and I do not intend to duplicate submissions through a secondary interface. The requests submitted via email on July 21, 2025, are pro the City refuse to produce the records or fail to cite a lawful exemption, I will consider all available remedies, including judicial enforcement.

Please confirm that these requests will be treated as valid and processed pursuant to the statutory timeline under § 36-12-41.

I appreciate your cooperation and look forward to your timely compliances

Thanks,



**C.C. Moreno**
*Attorney at Law*
**E** CC@MorenoLawMS.com

**O** 601-203-0911
**F** 601-510-9425
W: www.MorenoLawMS.com
**A** 5267 Old Hwy 11, Suite B, Hattiesburg, MS 39402

**IMPORTANT NOTICE**
The information contained in this message is confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are here
prohibited.  If you have received this message in error, please delete this email immediately.

Please note that this email is monitored on a limited basis.  t is normal for me to take up to 4 hours to reflect on a matter and respond appropriately. The culture of immediacy and the constant fragmentation o
Thank you for your understanding.

On Mon, Jul 21, 2025 at 2:00 PM, Renee Eberly <reberly@orangebeachal.gov> wrote:
Ms. Moreno,

Here is the link to the public records request page on the city's website. The "records request form" link will take you to the form.

https://www.orangebeachal.gov/173/Public-Records-Request

**Renee Eberly**
*City Clerk/Procurement Officer | Administration*
City of Orange Beach
P. O. Box 458 | 4099 Orange Beach Blvd.
Orange Beach, AL 36561
O: 251.981.6806 | C: 251.923.7480
www.orangebeachal.gov



On Mon, Jul 21, 2025 at 1:01 PM C.C. Moreno <cc@morenolawms.com> wrote:

Please find attached a formal public records request submitted pursuant to Alabama's Public Records Law, §§ 36-12-40 through 36-12-46. This request seeks specific data regarding Orar
including GPS and AVL logs for a limited, defined period, as well as an updated inventory of applicable vehicles.

This request is a narrowly tailored follow-up to previous communica ions concerning the potential misuse of city resources. Given the nature of the concerns and the public interest in ensu
of the responsive records.

Thank you for your prompt attention to this matter. I look forward to your acknowledgment of receipt and a complete response within 10 business days.

[Quoted text hidden]

THE
# MORENO
LAW GROUP, PLLC

July 21, 2025

*Via Email and Certified Mail, Return Receipt requested*

Orange Beach City Hall
Attn: Renee Eberly, City Administrator
Tony Kennon, Mayor
Jamie Logan, City Attorney
4099 Orange Beach Blvd
Orange Beach, AL 36561

Steve Brown, Chief of Police
Orange Beach Police Department
4480 Orange Beach Blvd
Orange Beach, AL 36561

**Re: Public Records Request – Orange Beach Police Department Supervisor Vehicles**

To Whom It May Concern:

On several prior occasions, I have formally requested public records regarding allegations against Tony Kennon and investigation into the actions of Orange Beach Police Department. Beyond that, allegation now exist that supervisor vehicles have been used as a private shuttle for Mayor Tony Kennon, yet the City has not provided complete production.

The seriousness of these allegations cannot be overstated. Misuse of law-enforcement resources undermines public trust, jeopardizes fiscal responsibility, and raises profound questions of accountability. I therefore renew my original request for transparency, further narrowed and clarified so there can be no doubt as to its scope or the City's statutory obligation to produce the requested records. This request is a streamlined follow-up, limited to a single, clearly defined one-year window in addition to the Body Camera Footage from the night of September 2, 2024.

- 1 -

Please produce, in native electronic format:

> 1. A current inventory of every Orange Beach Police Department vehicle assigned to any supervisory rank (sergeant, lieutenant, captain, shift commander, or comparable title) that is equipped with GPS or other automatic vehicle location technology. For each unit, include the unit number, make, model, model year, and whether the vehicle is authorized for take-home use.
> 2. Complete historical GPS / AVL logs for each supervisor vehicle listed in Item 1, covering the period July 21, 2024 through July 20, 2025. The logs should include date-time stamp, latitude, longitude, speed, ignition status, and any event or geofence codes captured by the system.

If the logs are maintained in a database, please export the requested fields to CSV or XLSX. If file size exceeds typical email limits, provide a secure download link or advise of an alternate transfer method.

The request is confined to a discrete 365-day period, which should eliminate any assertion that it is overly broad or time intensive. Because the data are historical, officer-safety exceptions tied to real-time operations do not apply. Should you believe specific coordinates reveal sensitive investigative locations, redact only those coordinates and cite the precise statutory subsection relied upon.

Please preserve all responsive data, including any third-party telematics archives, until this request is fully resolved and any related litigation is concluded.

In the spirit of transparency and in compliance with Alabama's public records law, I respectfully request a complete response within ten (10) business days of receiving this request. If additional time is necessary for specific items, please provide written notice with an estimated timeline. Thank you for addressing this matter promptly. Please feel free to contact me if clarification is required.

Respectfully,

*Christle D. Moreno, Esq.*
The Moreno Law Group, PLLC
28250 Canal Road
Orange Beach, AL 36561

- 2 -