

Jamie Logan <jlogan@orangebeachal.gov>

## Public Records Request – City Personnel Related to Mayor Kennon and Each Other
3 messages

**C.C. Moreno** <cc@morenolawms.com>
To: Renee Eberly <reberly@orangebeachal.gov>, tkennon@orangebeachal.gov, Jamie Logan <jlogan@orangebeachal.gov>, Ford Handley <fhandley@orangebeachal gov>

Attached please find a formal public records request submitted pursuant to Alabama's Public Records Law, §§ 36-12-40 to -46, as amended. This request concerns current City of Orange Bea kinship or affinity, or (2) married to, partnered with, or otherwise closely connected to other current City employees. It also requests compensation data and any policies governing nepotism or

Given the gravity of ongoing concerns and the City's obligation to the public trust, I ask that this request be treated with priority. Please confirm receipt and let me know if any portion of the req produced electronically in XLSX, CSV, or PDF format, and no redac ions are necessary aside from personal contact information and Social Security numbers.

Thank you for your attention to this matter. I am available to clarify or narrow the scope as needed and expect a full response within ten (10) business days unless otherwise notified in writing

Thanks,



**C.C. Moreno**
*Attorney at Law*
**E** CC@MorenoLawMS.com

**O** 601-203-0911
**F** 601-510-9425
**W:** www.MorenoLawMS.com
**A** 5267 Old Hwy 11, Suite B, Hattiesburg, MS 39402

**IMPORTANT NOTICE**
The information contained in this message is confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are here prohibited.  If you have received this message in error, please delete this email immediately.

Please note that this email is monitored on a limited basis.  t is normal for me to take up to 4 hours to reflect on a matter and respond appropriately. The culture of immediacy and the constant fragmentation ‹
Thank you for your understanding.

📄 **PRR - City Personnel.pdf**
420K

**Renee Eberly** <reberly@orangebeachal.gov>                                    Mon, Jul 21, 2025 at 1:59 PM
To: "C.C. Moreno" <cc@morenolawms.com>
Cc: tkennon@orangebeachal.gov, Jamie Logan <jlogan@orangebeachal.gov>, Ford Handley <fhandley@orangebeachal.gov>

Ms. Moreno,

Apologies, but I will need to consistently refer you to the link to  he public records request page on the city's website for proper submission of your request per city policy. The "records request form" link will take you to the form.

https://www.orangebeachal gov/173/Public-Records-Request

**Renee Eberly**
*City Clerk/Procurement Officer  |  Administration*
City of Orange Beach
P. O. Box 458  |  4099 Orange Beach Blvd.
Orange Beach, AL 36561
O: 251.981.6806  |  C: 251.923.7480
www.orangebeachal gov



[Quoted text hidden]

**C.C. Moreno** <cc@morenolawms.com>
To: Renee Eberly <reberly@orangebeachal.gov>
Cc: tkennon@orangebeachal.gov, Jamie Logan <jlogan@orangebeachal.gov>, Ford Handley <fhandley@orangebeachal.gov>

Ms. Eberly,

Again…..

Thank you for your response.

However, I must, again, respectfully object to the City's ongoing refusal to honor written public records requests submitted direc ly to officials, as authorized under Alabama Code § 36-12-40 e specific form or submit a request through a city-controlled web portal—particularly where  he content of the request is clearly stated, in writing, and directed to  he proper custodian.

The City's insistence on routing all requests  hrough a proprietary form is an unnecessary barrier to access and may constitute a constructive denial of public records under Alabama law. The internal City forms. See Blankenship v. City of Hoover, 590 So. 2d 245 (Ala. 1991) (holding that public bodies must act reasonably and promptly in responding to lawful public records requests

For the record, this is not my first request of his nature, and I do not intend to duplicate submissions through a secondary interface. The requests submitted via email on July 21, 2025, are pro the City refuse to produce the records or fail to cite a lawful exemption, I will consider all available remedies, including judicial enforcement.

Please confirm that these requests will be treated as valid and processed pursuant to the statutory timeline under § 36-12-41.

I appreciate your cooperation and look forward to your timely compliances.

Thanks,



**C.C. Moreno**
*Attorney at Law*
**E**  CC@MorenoLawMS.com

**O**  601-203-0911
**F**  601-510-9425
W: www.MorenoLawMS.com
**A**  5267 Old Hwy 11, Suite B, Hattiesburg, MS 39402

**IMPORTANT NOTICE**
The information contained in this message is confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are here prohibited.  If you have received this message in error, please delete this email immediately.

Please note that this email is monitored on a limited basis.  t is normal for me to take up to 4 hours to reflect on a matter and respond appropriately. The culture of immediacy and the constant fragmentation of Thank you for your understanding.

On Mon, Jul 21, 2025 at 1:59 PM, Renee Eberly <reberly@orangebeachal.gov> wrote:
Ms. Moreno,

Apologies, but I will need to consistently refer you to the link to the public records request page on the city's website for proper submission of your request per city policy. The "records reque

https://www.orangebeachal.gov/173/Public-Records-Request

**Renee Eberly**
*City Clerk/Procurement Officer  |  Administration*
City of Orange Beach
P. O. Box 458  |  4099 Orange Beach Blvd.
Orange Beach, AL 36561
O: 251.981.6806  |  C: 251.923.7480
www.orangebeachal.gov



On Mon, Jul 21, 2025 at 11:40 AM C.C. Moreno <cc@morenolawms.com> wrote:
Attached please find a formal public records request submitted pursuant to Alabama's Public Records Law, §§ 36-12-40 to -46, as amended. This request concerns current City of Orange degrees of kinship or affinity, or (2) married to, partnered with, or otherwise closely connected to other current City employees. It also requests compensation data and any policies governi

Given the gravity of ongoing concerns and he City's obligation to the public trust, I ask that this request be treated with priority. Please confirm receipt and let me know if any portion of the be produced electronically in XLSX, CSV, or PDF format, and no redactions are necessary aside from personal contact informa ion and Social Security numbers.

Thank you for your attention to this matter. I am available to clarify or narrow he scope as needed and expect a full response wi hin ten (10) business days unless otherwise no ified in wri

[Quoted text hidden]



THE
# MORENO
LAW GROUP, PLLC

July 21, 2025

*Via Email and Certified Mail, Return Receipt requested*

Orange Beach City Hall
Attn: Renee Eberly, City Administrator
Tony Kennon, Mayor
Ford Handley, City Administrator/Finance Director, and,
Jamie Logan, City Attorney
4099 Orange Beach Blvd
Orange Beach, AL 36561

**Re: Public Records Request – City Personnel Related to Mayor Tony Kennon or to One Another**

To Whom It May Concern:

My office has contacted the City several times seeking transparency on matters that strike at the heart of public trust. Reports persist that City payroll may include close relatives of Mayor Tony Kennon and that married or partnered employees sometimes work in direct chains of supervision. Such arrangements, if unaddressed, raise serious concerns under Alabama's nepotism provisions, Code of Alabama § 41-1-5, and the Ethics Act, §§ 36-25-1 et seq., which prohibit personal gain for family members and restrict appointments within the third and fourth degrees of kinship. The gravity of these allegations demands a clear accounting, so the public can know whether hiring and compensation decisions comply with state law and sound governance.

Accordingly, and pursuant to Alabama's Public Records Law, §§ 36-12-40 to -46, as amended in 2024, I request the records below. This request is narrowly focused on kinship data and payroll totals, so it should not qualify as a "time-intensive request" under § 36-12-44.

**Records Requested:**
   1. **Roster of Relatives of the Mayor**
   A list of every current City employee who is related to Mayor Tony Kennon within three

- 1 -

degrees of consanguinity or affinity (parent, child, grandparent, grandchild, sibling, aunt-uncle, niece-nephew, in-laws, or spouse). For each person provide: name, job title, department, hire date, nature of relationship to the Mayor, and whether the employee occupies a supervisory role.

**2.  Roster of Employee Spouses or Legal Partners**

A list of all current City employees who are married to, in a legal domestic partnership with, or the fiancé(e) of another current City employee. Identify both partners, their job titles, departments, hire dates, and any supervisory reporting relationship between them.

**3.  Compensation Summary**

For every individual identified in Items 1 and 2, provide the total City-funded and tax-funded compensation paid in Fiscal Year 2024 and Fiscal Year 2025 to date, broken out by: base salary, overtime, stipend or specialty pay, paid leave accruals, and the City's share of benefits or retirement contributions.

**4.  Policies and Disclosures**

All written policies, ordinances, or employee handbook sections governing nepotism, employment of relatives, spousal employment, or conflicts arising from familial relationships, in effect at any time since January 1, 2020.

Please produce records electronically (XLSX or CSV for rosters and payroll data, PDF for policies). Remove or mask Social Security numbers and personal contact information; no other redactions are anticipated. If you foresee costs exceeding one hundred dollars let me know before proceeding, consistent with § 36-12-41.

Because these records may be pertinent to potential ethics complaints or litigation, please preserve all responsive data, including any third-party telematics archives, until this request is fully resolved and any related litigation is concluded.

In the spirit of transparency and in compliance with Alabama's public records law, I respectfully request a complete response within ten (10) business days of receiving this request. If additional time is necessary for specific items, please provide written notice with an estimated timeline.

Thank you for addressing this matter.

*Christle D. Moreno, Esq.*
The Moreno Law Group, PLLC
28250 Canal Road
Orange Beach, AL 36561