**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **CHRISTLE "C.C." DIXON-MORENO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO. 1:25-00325-JB-B** |
| | ) |
| **CITY OF ORANGE BEACH, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

The Court sets all pending motions for hearing before Chief District Judge Jeffrey U. Beaverstock in US Courthouse, Courtroom 4A, 155 St. Joseph Street, Mobile, AL on **September 2, 2025 at 1:30 p.m. (CST).**

**DONE and ORDERED** this 27th day of August, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE