**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHRISTLE "C.C." DIXON-MORENO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 1:25-00325-JB-B** |
| | ) | |
| **CITY OF ORANGE BEACH, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the Court on Defendants' Motion to Dismiss (Doc. 3) and Plaintiff's Emergency Motion to Expedite, for Preservation, and for in Camera Review (Doc. 11).  The Court conducted a hearing on September 2, 2025, at which counsel for Plaintiff and Defendants appeared and argued.  Upon due consideration of the filings and the oral arguments of the parties, and for the reasons stated on the record at the hearing, Defendants' Motion to Dismiss (Doc. 3) is GRANTED with leave for Plaintiff to refile an Amended Complaint by **no later than October, 2, 2025** and Plaintiff's Emergency Motion to Expedite, for Preservation, and for in Camera Review (Doc. 11) is MOOT.

**DONE and ORDERED** this 2nd day of September, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE