**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

CHRISTLE "CC" DIXON-MORENO,

Plaintiff,

v.

CITY OF ORANGE BEACH, et. al.,

Defendants.

CIVIL ACTION NO.: 1:25-cv-00325

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERTS**

Defendants, by and through undersigned counsel, respectfully move this Court for a three-day extension of the deadline for disclosure of expert witnesses. In support of this Motion, the Defendants state as follows:

1. Pursuant to the Court's Scheduling Order (Doc. 45), the Defendants' expert disclosure is currently due on August 3, 2026.
2. Undersigned counsel has been traveling internationally on a previously scheduled trip and is currently returning to the United States. Counsel requests a brief, three-day extension to finalize Defendants' expert disclosures and accompanying materials.
3. This request is made in good faith, is not sought for purposes of delay, and will not prejudice any party or otherwise impact the remaining deadlines established by the Court's Scheduling Order.
4. Counsel for Defendants has conferred with Counsel for Plaintiff, who does not

oppose the requested extension.

WHEREFORE, Defendants respectfully request that the Court extend the deadline for Defendant's expert disclosures by three (3) days, through August 6, 2026.

**s/Andrew J. Rutens**
ANDREW J. RUTENS (RUTEA8549)
arutens@gallowayllp.com
MELISSA P. HUNTER (HUNTM3367)
mhunter@gallowayllp.com
EDWARD T. OVERTON, SR. (OVE010)
toverton@gallowayllp.com
GALLOWAY, WETTERMARK
& RUTENS, LLP
Post Office Box 16629
Mobile, Alabama 36616-0629
PH: (251)476-4493
FX: (251)479-5566
*Attorneys for City of Orange Beach, Mayor Tony Kennon, Chief Steve Brown, City Attorney Jamie Logan, City Clerk Renee Eberly, and City Administrator and Finance Director Bedford "Ford" Handley*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Dennis D. Green Jr.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

None.

**s/Andrew J. Rutens**