**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHRISTLE "CC" DIXON-MORENO,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO. 25-00325-JB-B** |
| | * | |
| **CITY OF ORANGE BEACH, *et al.*,** | * | |
| | * | |
| **Defendants.** | * | |

**ORDER**

This action is before the Court on Plaintiff Christle "CC" Dixon-Moreno's motion to modify the Rule 16(b) scheduling order (Doc. 57). Defendants are **ORDERED** to file a response to the motion on or before **August 24, 2026.** Additionally, this action is hereby set for a status conference before the undersigned Magistrate Judge via telephone on **September 2, 2026**, at **11:00 a.m. (CDT). Telephone call-in information: 571-353-2301 (Guest ID: 002111801#).**

**ORDERED** this **17th** day of **August, 2026**.

**/s/ SONJA F. BIVINS**
**UNITED STATES MAGISTRATE JUDGE**